RUEL LAMAR v. THE STATE.

No. 8798.   Decided October 22, 1924.

No motion for rehearing filed.

**Robbery.**

No statement of facts nor bills of exception appearing in record, cause is affirmed.

Appeal from the District Court of Dallas County.   Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction of robbery; penalty, twenty-five years in the penitentiary.

No brief filed for appellant.

*Shelby Cox*, District Attorney, *Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is robbery; punishment fixed at confinement in the penitentiary for a period of twenty-five years.

The indictment appears regular. The record is before us without statement of facts or bill of exceptions. No error appearing, the judgment is affirmed.

*Affirmed.*